# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155729(23)


ROMOULO CHATEAU and YVELINE
CHATEAU,
      Plaintiffs-Appellants,
and

CARING HEARTS ATTENDANT CARE, LLC,
      Intervening Plaintiff,

v

AUTO CLUB GROUP and AAA MICHIGAN,
      Defendants-Appellees,
and

DARNELL WILLIAMS,
      Defendant.
_____/

SC:  155729
COA:  336115
Wayne CC: 15-015053-CK

      On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before June 22, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2017



Clerk